DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NATHAN C. FLOYD,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2026-0021

_____

July 31, 2026

Appeal pursuant to Fla. R. App. P. 141(b)(2) from the Circuit Court for Pasco County; Gregory G. Groger, Judge.

Nathan C. Floyd, pro se.

PER CURIAM.

    Affirmed.

NORTHCUTT, LaROSE, and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.